Larry J. **BROTHERTON** and Ida F. **Brotherton**, Appellants,

v.

Charles **LEFFLER**, Respondent.

No. WD 74304.

Missouri Court of Appeals, Western District.

May 29, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 2012.

Application for Transfer Denied Aug. 14, 2012.

John E. Taylor, Leawood, KS, for appellant.

Allan B. Turner, Chillicothe, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., and JAMES E. WELSH and ALOK AHUJA, JJ.

### Order

PER CURIAM:

Larry and Ida Brotherton, husband and wife, sued Charles Leffler in the Circuit Court of Livingston County, seeking specific performance of their contractual right to repurchase farm property in Chillicothe which the Brothertons had previously sold to Leffler. After a bench trial, the circuit court denied specific performance. The Brothertons appeal. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this or-

der has been provided to the parties. Rule 84.16(b).